UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS BERT PRINS,<br><br>                Petitioner,<br><br>  v.<br><br>IMMIGRATION AND CUSTOMS FIELD ENFORCEMENT OFFICER, et al..,<br><br>                Respondent. | CASE NO. C25-0410 BHS<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Brian A. Tsuchida's Report and Recommendation (R&R), Dkt. 4, recommending the Court dismiss as moot pro se petitioner Thomas Prins's § 2241 habeas petition, as he has since been released and removed to Canada, his home country. Also pending is ICE's motion to dismiss for mootness, based on the same facts. Dkt. 6. Prins has not objected to the R&R or responded to the motion.

The R&R is ADOPTED, and for the same reasons, the motion is GRANTED. This matter is DISMISSED as moot.

ORDER - 1

1  The Clerk shall close the case.

2  IT IS SO ORDERED.

3  Dated this 31st day of March, 2025.

                                             *[signature]*
                                             BENJAMIN H. SETTLE
                                             United States District Judge